**Otagwyn BROWN, Plaintiff–Appellant,**

v.

**Dr. Michael JONES, Defendant–
Appellee.**

No. 13–7653.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 20, 2014.

Decided: Feb. 26, 2014.

---

* The matter was referred to the magistrate judge for a report and recommendation only as to ground one in Murray's motion.

Otagwyn Brown, Appellant Pro Se.

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Otagwyn Brown appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Jones*, No. 1:13–cv–02211–ELH (D.Md. Sept. 3, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*